# United States District Court Middle District of Tennessee Nashville Division

Ronnell Jason Leberry,
Petitioner,

vs.

Ricky Bell, Warden,
Respondent.

No. 3:10-0624
Judge Haynes

*[handwritten margin note: 8/19/11 — This motion is DENIED without prejudice to be renewed by appointed counsel.]*

## Motion for Discovery; Interrogatories

Comes now the petitioner, moves this Honorable Court to order the State of Tennessee, respondent; Ricky Bell, warden. by an through the District Attorney General, agent. Ms. Smith, to permit the petitioner, pursuant to Habeas Corps Rule 6(a) "for good cause shown"; under the Federal Rules of Civil Procedure, Rule 33 inspect, copy, discover and photograph (to be coloured copied) all the following, "discovery to be permitted to assist Petitioner in showing that the state court fact-finding was not adequate", <u>accord Coleman v. Zant</u>, 708 F.2d 541, 547 & N.9 (11th Cir. 1983) "The discovery is necessary to fully develop the facts of a Claim", see <u>Teague v. Scott</u>, 60 F.3d 1167, 1172 (5th Cir. 1995) "and discovery is warranted, where an evidentiary hearing is needed, <u>see</u>

Rule 33, 34       1 of 10