UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RONNELL JASON LEBERRY ) | |
|     Petitioner, ) | |
| ) | CASE NO. 3:10-0624 |
| v. ) | JUDGE SHARP |
| ) | |
| RICKY BELL ) | |
|     Respondent. ) | |

## O R D E R

By Order entered March 8, 2011 (Docket Entry No. 42), the Court appointed counsel in this case, who was given sixty (60) days to file an amended petition, if necessary. Petitioner filed an Amended Petition for Writ of Habeas Corpus (Docket Entry No. 50) on May 6, 2011.

The respondent may respond to the amended petition within twenty (20) days of the date of entry of this order on the docket. Within twenty (20) days of the date of the filing of respondent's response to the amended petition, Petitioner may file a reply.

The Clerk is directed to serve a copy of the petition and this order by certified mail on the respondent and the Attorney General of Tennessee. Rule 4, Rules --- § 2254 Cases.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE